# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mays, Jr., Samuel H. | U.S. District Court, W.D, TN | 01/25/2002 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Nominee | X Nomination, Date 01/23/2002 <br><br> Initial ___ Annual ___ Final ___ | 01/01/2001 to 01/01/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 165 Madison Avenue <br> Suite 2000 <br> Memphis, TN  38103 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Attorney/Shareholder/Employee | Baker, Donelson, Bearman & Caldwell |
| 2 | Director | Memphis Orchestral Society |
| 3 | Director | Memphis Botanic Garden |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | 2000 | State of Tennessee Consolidated Retirement System – vested in former employer's retirement plan, no control |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Baker, Donelson, Bearman & Caldwell (law firm - shareholder/employee) | $281,417.00 |
| 2 | 2001 | Wellmont Health System (compensation for professional services) | $7,500.00 |
| 3 | 2000 | State of Tennessee (employee) | $15,037.00 |
| 4 | 2000 | Baker, Donelson, Bearman & Caldwell (law firm - shareholder/employee) | $139,333.00 |

## I. POSITIONS    *(Reporting individual only; see po. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
| --- | --- |
| 4.    Deputy to the Governor and Chief of Staff | State of Tennessee |

M HMJ 6283:5 v1
960000-100 01/25/2002

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mays, Jr., Samuel H. | 01/25/2002 |

## I. POSITIONS    *(Reporting individual only; see po. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
| --- | --- |
| 4.    Deputy to the Governor and Chief of Staff | State of Tennessee |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | First Tennessee Bank | Credit Card | J |
| 2 | MBNA America Bank | Credit Card | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT  Mays, Jr., Samuel H.

VII. Page 1  INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "[X]" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Verizon Common Stock | A | Dividend | J | T | Exempt | | | | |
| 2  MetLife Common Stock | A | Dividend | J | T | Exempt | | | | |
| 3  Bradner Central Common Stock | A | Dividend | J | U | Exempt | | | | |
| 4  Equitable IRA #1 | | None | M | T | Exempt | | | | |
| 5   ~ EQ/Bernstein Diversified Value Fund | | | | | | | | | |
| 6   ~ EQ/Equity 500 Index Fund | | | | | | | | | |
| 7   ~ EQ/MFS Emerging Growth Cos. Fund | | | | | | | | | |
| 8   ~ EQ/MFS Research Fund | | | | | | | | | |
| 9   ~ EQ/Alliance Small Cap Growth Fund | | | | | | | | | |
| 10   ~ EQ/FI Small/Mid Cap Value Fund | | | | | | | | | |
| 11  Equitable IRA #2 | A | Interest | L | T | Exempt | | | | |
| 12   ~ EQ/Alliance Common Stock Fund | | | | | | | | | |
| 13   ~ Guaranteed Interest Account | | | | | | | | | |
| 14  First Tennessee Bank-Accounts | A | Interest | K | T | Exempt | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4)  F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes:  J=$15,000 or less (Col. C1, D3)  O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2)  U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Mays, Jr., Samuel H. | 01/25/2002 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____      Date  0/25/02

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 42,172 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | |
| Listed securities-add schedule 1 | 4,378 | Notes payable to relatives | |
| Unlisted securities–add schedule 2 | 8,775 | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due - **current** | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule 4 | $ 52,977 |
| Real estate owned-add schedule 3 | 128,200 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | | | |
| Cash value-life insurance | | | |
| Other assets itemize: | | | |
| **IRA - Equitable No. 1*** | 129,381 | | |
| **IRA - Equitable No. 2*** | 56,671 | | |
| **Club Membership** | 3,250 | Total liabilities | 52,977 |
| | | Net Worth | 319,850 |
| Total Assets | $ 372,827 | Total liabilities and net worth | $ 372,827 |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | NO |
| On leases or contracts | | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | | | |
| Other special debt | | | |

***Current value. Distributions will be subject to tax as ordinary income.**

M HMJ 626478 v1
960000-100 01/29/2002